IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HEATHER DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:11-cv-00383-JHH-PWG |
| JUDGE JOHN DOBSON and JUDGE SHERRY BURNS, | ) ) ) |
| Defendants. | ) ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report on March 30, 2011, recommending that this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  Although the plaintiff was advised of her right to file specific written objections within fifteen days, she has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED.  Accordingly, this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

**DONE** this the ___25th___ day of April, 2011.

_____
SENIOR UNITED STATES DISTRICT JUDGE